IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   12-cv-01429-WYD-BNB

In The Matter of

Establishment Inspection of

Colorado Forge
107 Trinity Lane
Pagosa Springs, CO  81147

---

### ORDER OF REFERENCE TO MAGISTRATE JUDGE - FILED UNDER SEAL

---

Pursuant to 28 U.S.C. § 636(b)(1)(A) through (C), Fed.R.Civ.P. 72(a) and (b),

and D.C.COLO.LCivR 72.1C, United States Magistrate Judge Boyd N. Boland is

designated to conduct proceedings in this civil action as follows:

(X)     Convene a scheduling conference under Fed.R.Civ.P. 16(b) and enter a
        scheduling order meeting the requirements of D.C.COLO.LCivR 16.2.

(X)     Conduct such status conferences and issue such orders necessary for
        compliance with the scheduling order, including amendments or
        modifications of the scheduling order upon a showing of good cause.

(X)     Hear and determine pretrial matters, including discovery and other
        non-dispositive motions.

(X)     Conduct hearings, including evidentiary hearings, and submit proposed
        findings of fact and recommendations for rulings on dispositive motions.

(X)      Alternative Dispute Resolution Authority:  Court sponsored alternative dispute resolution is governed by D.C.COLOLCivR 16.6.  On the recommendation or informal request of the magistrate judge, or on the request of the parties by motion, the court may direct the parties to engage in an early neutral evaluation, a settlement conference, or another alternative dispute resolution proceeding.

(X)      Conduct a pretrial conference and enter a pretrial order.

IT IS ORDERED that this civil action is referred to the named magistrate judge to proceed according to the designations marked (X) above.  It is further

ORDERED that parties and counsel shall be familiar and comply with the above judge's requirements found at www.cod.uscourts.gov.

Dated:  June 4, 2012.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE