IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No.  12-cv-01429-WYD-BNB

IN THE MATTER OF

    Establishment Inspection of

    Colorado Forge
    107 Trinity Lane
    Pagosa Springs, Colorado 81147

_____

**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE
AND ORDER**
_____

This matter arises on the Secretary of Labor's **Status Report** [Doc. # 15, filed 9/10/2012]. The Secretary reports that the commands of the Inspection Warrant have been fulfilled and no violation has been identified. The Secretary requests that my Order to Show Cause [Doc. # 9] be discharged and that this action be closed.

IT IS ORDERED that the Order to Show Cause [Doc. # 9] is DISCHARGED.

In addition, I respectfully RECOMMEND that this action be administratively closed pursuant to D.C.COLO.LCivR 41.2.[1]

---

[1] Pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), the parties have 14 days after service of this recommendation to serve and file specific, written objections. A party's failure to serve and file specific, written objections waives *de novo* review of the recommendation by the district judge, Fed. R. Civ. P. 72(b); Thomas v. Arn, 474 U.S. 140, 147-48 (1985), and also waives appellate review of both factual and legal questions. Makin v. Colorado Dept. of Corrections, 183 F.3d 1205, 1210 (10th Cir. 1999); Talley v. Hesse, 91 F.3d 1411, 1412-13 (10th Cir. 1996). A party's objections to this recommendation must be both timely and specific to preserve an issue for *de novo* review by the district court or for appellate review. United States v. One Parcel of Real Property, 73 F.3d 1057, 1060 (10th Cir. 1996).

Dated September 11, 2012.

                                             BY THE COURT:

                                             s/ Boyd N. Boland
                                             United States Magistrate Judge